UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

I.S.E.L. Inc., ,

        Plaintiff,

v.        Case No. 3:08-cv-870-J-25TEM

American Synthol, Inc.,

        Defendant.
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

This cause came on for consideration concerning completion of discovery and the scheduling of pre-trial procedures and trial, and the Court having considered the positions of the parties, it is

**ORDERED**:

1. Parties are directed to meet the agreed upon terms and time limits in the parties' Case Management Report, except as noted below:

> Expert witness disclosure deadline is **April 1, 2009**.
> Discovery cut-off date is **May 1, 2009**.
> Dispositive motion filing deadline is **June 1, 2009**.
> Pre-trial conference is set for **October 30, 2009** at **10:30 a.m.**
> Trial term begins **December 7, 2009** at **9:30 a.m.**

Note: The parties may agree among themselves to extend discovery if they deem necessary. However, no other deadlines under this order will be extended as a result of their agreement.

2. Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures. *A copy of the Pretrial Stipulation shall be provided directly to judge's chambers.*

3. Motions to amend any pleading or a motion for continuance of any pretrial conference, hearing, or trial filed after issuance of this Case Management and Scheduling Order are disfavored. (See Local Rule 3.05(c)(2)(E) and Local Rules 3.05(c)(3)(D).

4. A pre-trial conference will be held in **Courtroom #10A, Room 10-200, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida**, on **October 30, 2009 at 10:30 a.m.**

5. This case is set for **Non-Jury** trial in Jacksonville, Florida during the trial term beginning **December 7, 2009 at 9:30 a.m**.

6. In order that the intended purposes of the pre-trial procedure are accomplished, all meetings of counsel, including the pre-trial conference, shall be attended by counsel who will participate in the trial of the case and is vested with full authority to make and solicit disclosures and agreements touching all matters pertaining to the trial.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of December, 2008.

HENRY LEE ADAMS, JR.
United States District Judge

Distribution:
-Copy to Counsel and Unrepresented Parties